Anthony PICKETT, Appellant,

v.

MONTGOMERY POLICE DEPARTMENT, et al., Appellees.

No. 00–7187.

United States Court of Appeals, District of Columbia Circuit.

March 27, 2002.

Before GINSBURG, Chief Judge; HENDERSON, and RANDOLPH, Circuit Judges.

**4**

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

ORDERED AND ADJUDGED that the district court's judgment filed October 30, 2001, be affirmed. The court correctly held that appellant failed to state the grounds for the court's jurisdiction and the nature of the relief sought, as required under Fed.R.Civ.P. 8(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc.* *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.